

**THRESHOLD**
QUALITY & DESIGN

STACKABLE
3-TIER SHELF
DURABLE FRAME WITH
STURDY METAL SHELVES

EASY NO-TOOLS ASSEMBLY.
18½ in H x 26½ in W x 12½ in D (46.9 cm x 67.6 cm x 30.7 cm)

